


IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>**DAVID LAWRENCE HUDSON,**<br><br>*Defendant.* | SEALED<br><br>Case No. CR 22-171 RAW |

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

**ASSAULT WITH A DANGEROUS WEAPON
WITH INTENT TO DO BODILY HARM IN INDIAN COUNTRY**
[18 U.S.C. §§ 113(a)(3), 1151, & 1153]

On or about April 9, 2022, within the Eastern District of Oklahoma, in Indian Country, the defendant, **DAVID LAWRENCE HUDSON**, an Indian, did assault J.C. with a dangerous weapon, with intent to do bodily harm, in violation of Title 18, United States Code, Sections 113(a)(3), 1151, and 1153.

TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY

CHRISTOPHER J. WILSON
United States Attorney

Kevin Gross, VA Bar # 72990
Assistant United States Attorney